**Order entered August 11, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01056-CR

**FRANK DONOVAN MCCOLLUM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F11-33471-J**

## ORDER

The State's August 9, 2016 motions for leave to file a brief exceeding the word limit and

to extend the State's brief are **GRANTED**. The State's brief received by the Clerk on August 9,

2016 is deemed timely filed on the date of this order.

/s/    LANA MYERS
            JUSTICE